UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WYSONG CORPORATION,
    Plaintiff,

v.   Case No.   16-11821

APN, INCORPORATED,
    Defendant.
_____/

WYSONG CORPORATION,
    Plaintiff,

v.   Case No.   16-11823

BIG HEART PET BRANDS, and
JM SMUCKER COMPANY,
    Defendants.
_____/

WYSONG CORPORATION,
    Plaintiff,

v.   Case No.   16-11825

HILL'S PET NUTRITION, INCORPORATED,
    Defendant.
_____/

WYSONG CORPORATION,
    Plaintiff,

v.   Case No.   16-11826

MARS PETCARE US, INCORPORATED,
    Defendant.
_____/

WYSONG CORPORATION,
    Plaintiff,

v.                                              Case No.    16-11827

NESTLE PURINA PETCARE COMPANY,
    Defendant.
_____/

WYSONG CORPORATION,
    Plaintiff,

v.                                              Case No.    16-11832

WAL-MART STORES, INCORPORATED,
    Defendant.
_____/

## **JUDGMENT**

In accordance with the Opinion and Order Granting Defendants' Motions to Dismiss, dated July 20, 2017,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendants and against Plaintiff.

                                            DAVID J. WEAVER
                                            CLERK OF COURT

                       By:    s/Holly A. Monda
                               Deputy Clerk

Approved:

s/Matthew F. Leitman
MATTHEW F. LEITMAN
United States District Judge

Dated:  July 20, 2017
Detroit, Michigan