**United States District Court for the** Eastern

**District of** Michigan

| | |
|---|---|
| Wysong Corporation | |

Plaintiff,

vs.  Case No. 2:16-CV-11821

| | |
|---|---|
| APN, Inc. | |

Defendant.

# NOTICE OF APPEAL

Notice is hereby given that Wysong Corporation,
*Name all parties taking the appeal*

hereby appeal to the United States Court of Appeals for the Sixth Circuit from

final judgment and order granting motion to dismiss
*The final judgment, from an order describing it*

entered in this action on the 20th day of July, 2017.

(s) Wesley W. Barnett

Address: Davis & Norris, LLP

2154 Highland Avenue South

Birmingham, AL 35205

Attorney for Wysong Corporation

**Note to inmate filers:** If you are an inmate confined in an institution and you seek the timing benefit of Fed. R. App. P. 4(c)(1), complete Form 7 (Declaration of Inmate Filing) and file that declaration along with this Notice of Appeal.

cc: Opposing Counsel ☐
Court of Appeals ☐

6CA-3
11/16